DIANE MANCINELLI. CA BAR No. 112777
**MENTIS LAW GROUP**
Diane@mentislaw.com
430 E. 8th Street, Suite 262
Holland, MI 49423
Telephone: 714-734-8999
Facsimile: 714-734-8669
Attorney for Plaintiff
POLLY CALHOUN

DANIEL J. MCQUEEN, CA BAR No. 217498
daniel.mcqueen@afslaw.com
ALEX W. RAFUSE, CA BAR No. 346189
alex.rafuse@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street
48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
XOMETRY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY CALHOUN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> XOMETRY, INC., a Delaware Corporation doing business in the State of California; and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 8:23-cv-02358 DOC-KES <br><br> **JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE MAY 17, 2024, CONFERENCE** <br><br> State Court Complaint Filed: 10/2/2023 <br> Removal Filed: 12/14/2023 |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS:200185635.1

JOINT NOTICE OF SETTLEMENT
CASE NO. 8:23-cv-02358 DOC- KES

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Please be informed that the Parties have reached a resolution and settlement of this action, with each party to bear its own costs and fees. Plaintiff will file a Request for Dismissal with prejudice shortly after the settlement payment is received. Accordingly, the Parties respectfully request the Court vacate all current conference dates, including the conference currently set for May 17, 2024, and set a status conference within the next 90 days, which may be vacated upon the Court's receipt of the Request for Dismissal.

Dated:  May 14, 2024           **MENTIS LAW GROUP**

By: */s/ Diane Mancinelli*
　　Diane Mancinelli
　　Attorneys for Plaintiff
　　POLLY CALHOUN

Dated:  May 14, 2024           **ARENTFOX SCHIFF LLP**

By: */s/ Alex W. Rafuse*
　　Daniel J. McQueen
　　Alex W. Rafuse
　　Attorneys for Defendant
　　XOMETRY, INC.

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

JOINT NOTICE OF SETTLEMENT
CASE NO. 8:23-cv-02358 DOC-KES

AFDOCS:200185635.1